tiff-vendor. Appeal from the Municipal Court of Chicago; the Hon. Lee W. Carrier, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

McNab, Holmes & Long, for appellant. Walter H. Eckert, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Arthur B. Archambault et al., appellees, v. Tom Demos, James Pulos and Peter Langas, copartners, appellants. Gen. No. 28,226.

Suit for breach of contract to buy whiskey barrels. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

McInerney & Power, for appellants. Holdom, Pratt & Ziess, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

William F. Kelly, trading as W. F. Kelly Teaming Company, appellee, v. Commonwealth Edison Company et al., on appeal of Beaver Electric Company, appellant. Gen. No. 27,786.

Award having been made by the industrial commission against the employer of a deceased, said employer brings suit for damages under first paragraph of section 29 of the Workmen's Compensation Act against appellant. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1922. Reversed and remanded. Opinion filed May 31, 1923.

Charles A. Scott and Wiley W. Mills, for appellant. Alfred Roy Hulbert, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. William F. Quesse et al., plaintiffs in error. Gen. No. 27,939.

Charge of conspiracy. Each defendant guilty in separate verdict and sentenced to imprisonment. Error to the Criminal Court of Cook county; the Hon. McDonald, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 31, 1923.

Willard M. McEwen, Charles P. R. Macaulay and Cruice, Langille & Harrington, for plaintiffs in error. Robert E. Crowe, State's Attorney, for defendant in error; Edwin J. Raber, E. E. Wilson and Wm. S. Stewart, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

William Loehde, appellee, v. Anna Strauss, appellant. Gen. No. 28,188.

Suit to recover real estate commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. I. L. Weaver, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 31, 1923. Rehearing denied June 11, 1923.